IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND HARDY                                                    PETITIONER

v.                                    Case No.  1:26-cv-1021

JUDGE BURBANKS                                                   RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Ford recommends that the Court deny Petitioner Raymond Hardy's petition filed under 28 U.S.C. § 2254.  ECF No. 1.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Hardy's petition under 28 U.S.C. § 2254 is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge